459 A.2d 756

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF HEALTH, by its Secretary, Gordon K. MacLeod, M.D.**

v.

**Peter T. DeMARCO, M.D., Appellant.**

Supreme Court of Pennsylvania.

Argued April 26, 1983.

Decided May 10, 1983.

Carl G. Roberts, Robert W. Maris, Carl P. Casey, Philadelphia, for appellant.

John G. Knorr, III, Deputy Atty. Gen., for Dept. of Health.

Joseph J. Carlin, Philadelphia, for S.O.S. Assoc.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Decree affirmed. Each party to pay own costs.